**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>ECOLAB INC.,<br>NALCO COMPANY,<br>PERMIAN MUD SERVICE, INC., and<br>CHAMPION TECHNOLOGIES, INC.,<br><br>　　Defendants. | Civil Action No. 1:13-cv-00444 (EGS)<br><br>ECF CASE<br>ELECTRONICALLY FILED |

**DEFENDANTS' DESCRIPTION OF WRITTEN OR ORAL COMMUNICATIONS CONCERNING THE PROPOSED FINAL JUDGMENT AND CERTIFICATION OF COMPLIANCE UNDER 15 U.S.C. § 16(g)**

　　Defendants Ecolab Inc. ("Ecolab"); Nalco Company ("Nalco"); Permian Mud Service, Inc. ("Permian") and Champion Technologies, Inc. ("Champion") (collectively the "Defendants") make this submission pursuant to 15 U.S.C. §16(g) regarding written and oral communications between representatives of Defendants and any officer or employee of the United States concerning or relevant to the Proposed Final Judgment filed in this matter on April 8, 2013, other than communications involving only the Attorney General or employees of the Department of Justice and counsel of record for Defendants.

　　No communications covered by 15 U.S.C. §16(g) have been made other than communications involving only the employees of the Department of Justice and counsel of record for Defendants.

　　Ecolab, Nalco, Permian and Champion hereby jointly certify that this disclosure complies with the requirements of 15 U.S.C. §16(g), and that this disclosure is a true and

complete description of relevant communications known to Ecolab, Nalco, Permian and Champion or of which Ecolab, Nalco, Permian and Champion reasonably should have known.

Dated:  April 16, 2013
       Washington, D.C.

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

    /s/ John H. Lyons
John H. Lyons (DC Bar # 453191)
Anjali B. Patel (DC Bar # 992095)
1440 New York Avenue, NW
Washington, DC 20005
Tel. (202) 371-7000
Fax  (202) 661-9006
john.h.lyons@skadden.com
anjali.patel@skadden.com
*Attorneys for Defendants Ecolab Inc.; Nalco Company; Permian Mud Service, Inc. and Champion Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April 2013, I caused to be served a copy of the foregoing Defendants' Description of Written or Oral Communications Concerning the Proposed Final Judgment and Certification of Compliance Under 15 U.S.C. § 16(g) upon counsel for the plaintiff in this matter in the manner set forth below:

By electronic mail:

>Counsel for the United States
>Katherine Celeste
>Trial Attorney
>U.S. Department of Justice
>Antitrust Division
>450 Fifth Street, NW
>Suite 8236
>Washington, DC 20530



      /s/ John H. Lyons